# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ALICIA C. TURNER

                Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security

                Defendant.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02932-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered awarding Attorney Fees in favor for the Plaintiff in the amount of $5,100.00.

February 3, 2020                                 DEBRA K. KEMPI
Date                                                           Clerk

                                                                              /s/ J. Matott
                                                                              Deputy Clerk